UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 21-2963, 21-2964 & 21-3018
_____

SHERELLE THOMAS, Administrator of the Estate of
Terelle Thomas; T. T., a minor, individually, as child of
decedent Terelle Thomas and as his sole survivor

v.

CITY OF HARRISBURG, et al.

Appellants

(M.D. Pa. Action No. 1-20-cv-01178)

ORDER AMENDING OPINION

The precedential opinion filed earlier this date is hereby amended to include the dissenting opinion filed by the Honorable Peter J. Phipps.

For the Court,

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit,
Clerk

Date: December 6, 2023
Sb/cc:   All Counsel of Record